WO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

John Randolph Brown,              )
                                  )
              Plaintiff,          )
                                  )
     v.                           )    CIV 05-3731 PHX SMM (VAM)
                                  )
Officer Bermudez, et al.,         )    O R D E R
                                  )
_____ Defendants. )

        It appearing to the Court that defendants' Motion to
Dismiss is now ready for consideration,

        IT IS ORDERED withdrawing the reference to the
Magistrate Judge as to the above-referenced Motion, Document
No. 14.   However, all other matters in this action shall
remain with the Magistrate Judge for disposition as
appropriate.

        DATED this 28th day of August, 2006.

                              _____
                                    Stephen M. McNamee
                                 United States District Judge