**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN R. BROWN, ) | |
| ) | No.  CV 05-3731-PHX-SMM (VAM) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| VITTORIO BERMUDEZ, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is Defendants City of Tempe, Tempe Police Department, and Officer Steve Anderson's Motion to Dismiss submitted pursuant to Fed.R.Civ.P. 4(m) and 41(b). (Dkt. 14.)  Defendants allege that Plaintiff John R. Brown failed to serve the Summons and Complaint within 120 days after filing and failed to comply with the Order of this Court.  The flaw in Defendants' argument is that they rely on the wrong court order.

On June 5, 2006, Magistrate Judge Mathis denied Plaintiff's Motion to Continue on the Inactive Calendar and ordered Plaintiff to "complete the [service] packet and return it to the Court no later than 20 days from the filing date of this Order." (Dkt. 12.)  The Order also granted Plaintiff "an additional 60 days to complete service on defendant Anderson." (Dkt. 12.)  Based upon the extension granted to Plaintiff by Magistrate Judge Mathis on June 5, 2006, Plaintiff had at least until August 5, 2006 to serve Defendant Anderson.  The Defendants' Motion to Dismiss both acknowledges and presents documentation that Plaintiff secured the assistance of a United States Marshals' Service Deputy or Clerk on July 3, 2006, in an attempt to serve Tempe Police Officer Steve Anderson (Dkt. 14, Ex. A), and that

1  Officer Anderson completed the waiver of service on August 2, 2006 (Dkt. 14, n.1).
2  Therefore, Plaintiff's service was timely.
3      Accordingly,
4      **IT IS HEREBY ORDERED DENYING** Defendants' Motion to Dismiss. (Dkt. 14.)
5      DATED this 29th day of August, 2006.

*[signature]*
Stephen M. McNamee
United States District Judge

- 2 -