**WO**
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Randolph Brown, | CV05-3731-PHX-SMM (MHB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Vittorio Bermudez, et.al., | |
| Defendant. | |

Defendant's Motion for Summary Judgment (Doc. #35) is now ready for the Court's consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to Defendant's Motion for Summary Judgment (Doc. #35). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 1st day of June, 2007.

Stephen M. McNamee
United States District Judge